IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

DENORRIS WILLIAMS )
_____, )
)
Plaintiff, )
)
v. )    CASE NO. 2:07-cv-824
)
ALABAMA DEPARTMENT OF CORRECTIONS, ET )
_____, )
)
Defendants, )

### CONFLICT DISCLOSURE STATEMENT

COMES NOW DeNorris Williams , a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

10/31/07
_____
Date

_____
(Signature)

C. Carter Clay
_____
(Counsel's Name)

Plaintiff
_____
Counsel for (print names of all parties)
Pittman, Dutton, Kirby & Hellums, P.C.
_____
2001 Park Place Tower, Suite 1100, Birmingham, AL 35203
Address, City, State Zip Code
(205) 322-8880
_____
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, C. Carter Clay _____, do hereby Certify that a true and correct copy
of the foregoing has been furnished by electronic mail _____ (manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this 31st day of October _____ 20 07, to:

Kim T. Thomas, Esquire _____

Albert S. Butler, Esquire _____

Alabama Department of Corrections, Legal Division _____

P.O. Box 301501 _____

Montgomery, AL 36130-1501 _____

_____

10/31/07
_____
          Date

_____
          Signature