IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DeNORRIS WILLIAMS,           )
                             )
        Plaintiff,           )
                             )
v.                           )    CASE NO. 2:07-cv-824-WKW
                             )
ALABAMA DEPARTMENT OF CORRECTIONS, et,    )
                             )
        Defendants,          )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Richard Allen, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____                  _____
_____                  _____
_____                  _____

11/29/2007                           /s/ Albert S. Butler
Date                                 (Signature)

                                     Albert S. Butler
                                     (Counsel's Name)

                                     Richard F. Allen, Commissioner and ADOC
                                     Counsel for (print names of all parties)
                                     P.O. Box 301501
                                     Montgomery, AL 36130
                                     Address, City, State Zip Code
                                     334-353-3885
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

__DeNORRIS WILLIAMS__,

    Plaintiff,

v.

__ALABAMA DEPARTMENT OF CORRECTIONS, et__,

    Defendants,

CASE NO. __2:07-cv-824-WKW__

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __AL Dept of Corrections__, a __Defendant__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

__Reportable Entity__      __Relationship to Party__

11/29/2007
Date

/s/ Albert S. Butler
(Signature)

Albert S. Butler
(Counsel's Name)

Richard F. Allen, Commissioner and ADOC
Counsel for (print names of all parties)

P.O. Box 301501
Montgomery, AL 36130
Address, City, State Zip Code

334-353-3885
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>            DIVISION

**CERTIFICATE OF SERVICE**

I, <u>Albert S. Butler</u>, do hereby Certify that a true and correct copy of the foregoing has been furnished by <u>CM/ecf</u> (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this <u>29th</u> day of <u>November</u> 20<u>07</u>, to:

W. Lee Pittman

C. Carter Clay

<u>11/29/2007</u>
Date

<u>/s/ Albert S. Butler</u>
Signature