IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| DeNORRIS WILLIAMS etc., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ALABAMA DEPARTMENT OF )<br>CORRECTIONS, et al., )<br>)<br>Defendants ) | CIVIL ACTION NUMBER<br>2:07-cv-00824-WKW-WC |

**PLAINTIFF'S MOTION TO ALLOW THE
COMMENCEMENT OF DISCOVERY**

COMES NOW the Plaintiff, DeNorris Williams, in the above-styled cause and moves this Honorable Court to allow the commencement of discovery and as grounds for said motion states as follows:

1. Defendants filed a Motion to Dismiss this action on October 10, 2007 stating that another lawsuit was filed prior to Plaintiff's lawsuit in state court and that the plaintiffs have already chosen their forum in which to litigate this claim.

2. Plaintiff filed a Memorandum Brief in Opposition to Defendant's Motion to Dismiss on October 29, 2007. The Defendants failed to file a reply.

3. Based upon the opposition response and Defendants' failure to provide any legal argument as to why this action should not go forward, Plaintiff

strongly believes that he is entitled to pursue this action and would respectfully request that this Honorable Court allow discovery to commence.

/s/ C. Carter Clay
C. Carter Clay
ASB-2907-Y85C
Attorney for Plaintiff

OF COUNSEL:

PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place Tower, Suite 1100
Birmingham, AL 35203
(205) 322-8880

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing with the Clerk of Court via CM/ECF system which will serve upon all counsel of record electronically a copy of same on this the 17th day of December, 2007.

Kim T. Thomas, Esquire
Albert S. Butler, Esquire
Alabama Department of Corrections
Legal Division
301 South Ripley Street
P.O. Box 301501
Montgomery, AL 36130-1501

/s/ C. Carter Clay
OF COUNSEL