IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **DeNORRIS WILLIAMS, an individual** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-00824-WKW-WC |
| ) | |
| **ALABAMA DEPARTMENT OF** ) | |
| **CORRECTIONS; RICHARD F. ALLEN** ) | |
| **individually and in his official capacity,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the following, Jim S. Calton, Jr. and hereby enters his appearance as Co-Counsel on behalf of the Plaintiff, DeNorris Williams, along with the law firm of Pittman, Dutton, Kirby & Hellums, P.C. in the above styled action.

       /s/ Jim S. Calton, Jr.
       Jim S. Calton, Jr. ASB-0968-L66J
       Attorney for the Plaintiff

OF COUNSEL:
**Calton & Calton**
226 East Broad Street
Eufaula, Alabama, 36027
334-687-3563

**PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.**
2001 Park Place Tower, Suite 1100
Birmingham, AL 35203
(334) 322-8880
(334) 328-2711 - Fax

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been duly served electronic means the 18$^{nth}$ day of February, 2008 upon the following:

**Albert Sim Butler**
Alabama Department of Corrections
Legal Division
PO Box 301501
Montgomery, AL 36130-1501
334-353-3885
334-353-3891 (fax)
albert.butler@doc.alabama.gov


                                                     /s/ Jim S. Calton, Jr.
                                                   OF COUNSEL