IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DeNORRIS WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-00824-WKW |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| CORRECTIONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The Federal Rules of Civil Procedure provides that "if the court denies the motion [to dismiss] . . . , the responsive pleading must be served within 10 days after notice of the court's action." Fed. R. Civ. P 12(a)(4). By order (Doc. # 15) dated July 15, 2008, the court denied the defendants' motion to dismiss. The defendants were thus required to file their answers on or before July 29, 2008. It is ORDERED that **on or before August 15, 2008**, the defendants shall show cause as to why they have failed to timely answer the complaint.

DONE this 7th day of August, 2008.

                                        /s/  W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE