IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DeNORRIS WILLIAMS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action Number |
| ) | 2:07-cv-00824-WKW-WC |
| **ALABAMA DEPARTMENT** ) | |
| **OF CORRECTIONS, et al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ANSWER

Come now the Defendants, the Alabama Department of Corrections and Richard F. Allen, by and through the undersigned counsel and file this answer as follows:

1. That though this action is filed as a class action, the Defendants allege that the complaint does not meet the criteria of a class action.

2. As to paragraph 1 of the complaint, the Defendants are unable to admit or deny where the Plaintiff resides. The Defendants would admit that at one time DeNorris Williams was an inmate in the custody of the Alabama Department of Corrections and would further admit that Richard F. Allen is the Commissioner of the Alabama

Department of Corrections and that the Alabama Department of Corrections is responsible for inmates ordered to its custody.

3. As to paragraphs 2 and 3 of the complaint, the Defendants would deny that this Court has jurisdiction, in that there are no violations of Federal law and would further deny any violations of State law and demand the strict proof thereof.

4. As to paragraphs 4 through 12 of the complaint, the Defendants would deny each paragraph, in that this action does not meet the criteria of a class action pursuant to the Federal Rules of Civil Procedure and the Alabama Rules of Civil Procedure, and demand the strict proof thereof.

5. As to paragraphs 13 through 19 and the prayer for relief of the complaint, the Defendants would deny each paragraph and demand the strict proof thereof.

## **DEFENSES**

The defenses asserted herein are addressed to the complaint filed by the Plaintiff and/or any class of plaintiffs as certified by the Court, as if fully set out herein:

The Defendants deny that the Plaintiff has suffered any loss, and demand the strict proof thereof.

The Defendants allege that the Plaintiff has failed to state a claim upon which relief can be granted.

The Defendants allege that the Plaintiff has failed to state a claim upon which an action can be maintained against an agency and/or agents of the State of Alabama.

The Defendants plea the general defense.

The Defendants allege that they are entitled to qualified immunity, state-agent immunity, discretionary function immunity, and/or absolute immunity against the claims of the Plaintiff.

The Defendants allege that the Plaintiff has no legal claims against these Defendants and demand the strict proof thereof.

The Defendants assert the defense of estoppel, including but not limited to promissory estoppel.

The Defendants assert the defenses of waiver, accord and satisfaction, statute of frauds, release, res judicata, collateral estoppel, statute of limitations, and any other matter constituting an avoidance or affirmative defense.

The Defendants assert the defense of the *Rooker-Feldman* doctrine.

The Defendants allege that §14-8-35, Code of Alabama, 1975 and/or Article I, §23, Constitution of Alabama 1901, is/are not application to the claims of the complaint.

The Defendants allege that 42 U.S.C. §§1983 and 2000(e), and the Fifth Amendment is/are not application to the claims of the complaint.

The Defendants reserve the right to amend their defenses, including the addition of

affirmative defenses, upon the receipt of information through discovery and otherwise.

                Respectfully submitted,

                Kim T. Thomas
                General Counsel


                /s/ Albert S. Butler
                Albert S. Butler
                Assistant General Counsel


**OF COUNSEL:**

Alabama Department of Corrections
Legal Division
301 South Ripley Street
Post Office Box 301501
Montgomery, Alabama 36130-1501
(334) 353-3886

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon:

| | |
|---|---|
| W. Lee Pittman, Esq. | Jim S. Calton, Jr., Esq. |
| C. Carter Clay, Esq. | Calton & Calton |
| Pittman, Dutton, Kilby, Hellums, P.C. | Attorney for the Plaintiff |
| Attorneys for the Plaintiff | 226 East Broad Street |
| 2001 Park Place Tower, Suite 1100 | Eufaula, Alabama 36027 |
| Montgomery, Alabama 35203 | |

by electronic service and by placing same in the United States Mail, first class postage prepaid and properly addressed this 8th day of August, 2008.

                                             /s/Albert S. Butler
                                             Albert S. Butler
                                             Assistant General Counsel