IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DeNORRIS WILLIAMS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action Number |
| ) | **2:07-cv-00824-WKW-WC** |
| **ALABAMA DEPARTMENT** ) | |
| **OF CORRECTIONS, et al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## RESPONSE TO SHOW CAUSE ORDER DOCKET # 16

Come now the Defendants, the Alabama Department of Corrections and Richard F. Allen, by and through the undersigned counsel and responds to the show cause Order (Docket # 16) as follows:

1. That the Legal Division of the Alabama Department of Corrections within the last two months has lost forty percent (2 out of 5) of the attorneys assigned and during that same period has lost two members of the support staff. This shortage has caused the remaining attorneys of ADOC to attend motion hearings in both Federal and State Courts, depositions, and other legal responsibilities that were not originally assigned to them.

2. Specifically, the undersigned attorney, has been involved in the taking of six (6) lengthy depositions starting on July 28th to date.

3. That through a calendering error the answer in this case was not calendered as it should have been. That the undersigned counsel apologizes to the Court and the counsel representing the Plaintiff for this inadvertent mistake.

4. That the Defendants' answer has now been filed.

Respectfully submitted,

Kim T. Thomas
General Counsel

/s/Albert S. Butler
Albert S. Butler
Assistant General Counsel

**OF COUNSEL:**

Alabama Department of Corrections
Legal Division
301 South Ripley Street
Post Office Box 301501
Montgomery, Alabama 36130-1501
(334) 353-4859

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon:

W. Lee Pittman, Esq.
C. Carter Clay, Esq.
Pittman, Dutton, Kilby, Hellums, P.C.
Attorneys for the Plaintiff
2001 Park Place Tower, Suite 1100
Montgomery, Alabama 35203

Jim S. Calton, Jr., Esq.
Calton & Calton
Attorney for the Plaintiff
226 East Broad Street
Eufaula, Alabama 36027

by electronic service and by placing same in the United States Mail, first class postage prepaid and properly addressed this 8th day of August, 2008.

/s/ Albert S. Butler
Albert S. Butler
Assistant General Counsel