IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| DeNORRIS WILLIAMS etc., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ALABAMA DEPARTMENT OF ) <br> CORRECTIONS, et al., ) <br> ) <br> Defendants ) | CIVIL ACTION NUMBER <br> 2:07-cv-00824-WKW-WC |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed.R. Civ. P. 26(f), a meeting was held by telephone, and was attended by:

C. Carter Clay on behalf of the Plaintiff, DeNorris Williams.

Albert S. Butler on behalf of the Defendants, Alabama Department of Corrections and Richard Allen.

2. **DISCOVERY PLAN**. The parties jointly propose to the Court the following discovery plan:

The Plaintiff shall file a motion for class certification on or by September 1, 2009;

The Defendant shall submit a response to the Plaintiff's motion for class certification on or before October 1, 2009;

The Plaintiff may submit a reply to the Defendant's response on or by October 15, 2009;

Reports from retained experts under Rule 26(a)(2) shall be due from the Plaintiff on or before May 1, 2009, with Plaintiff's experts to be deposed before June 1, 2009.  Reports from Defendants' experts under Rule 26(a)(2) shall be due on or before July 1, 2009, with Defendants' experts to be deposed on or before August 1, 2009.  All Discovery shall be completed by August 1, 2009.

The Plaintiff shall disclose the identity of any rebuttal witnesses he intends to designate for the purpose of delivering any testimony or other evidence rebutting any testimony or evidence of any expert identified by Defendants which addresses areas upon which Plaintiff's original expert did not opine and for which Plaintiff's original expert could not be certified to opine pursuant to the Federal Rules of Evidence on or by September 1, 2009.  This rebuttal disclosure shall be accompanied by an expert report.  Plaintiff shall make all rebuttal experts available for deposition no later than September 15, 2009.  This order is not intended to foreclose Defendant from offering rebuttal expert testimony.  Defendant may move the Court for leave to offer rebuttal expert testimony should Defendant deem such testimony necessary.

The parties shall exchange a list of all witnesses whom they intend to call to testify at the certification hearing on or by October 1, 2009;

The parties shall exchange a copy of all exhibits which they intend to introduce at the certification hearing on or by October 1, 2009; and

Any objections to any witnesses or exhibits shall be filed with the Court no later than November 1, 2009.

3. **OTHER ITEMS:**

All dispositive motions should be filed by September 1, 2009.

Settlement cannot be realistically evaluated prior to close of discovery.

Final lists of trial evidence under Rule 26(a)(3) should be due:  From Plaintiff and Defendants 20 days before trial; exhibits 20 days before trial.

The parties should have 7 days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

The case should be ready for trial at a date to be determined by the Court for at a time after November 1, 2009.  Expected length of trial is **3 to 5** days.

                         Respectfully submitted,

                         /s/ C. Carter Clay
                         C. Carter Clay
                         PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
                         2001 Park Place North, Suite 1100
                         Birmingham, AL 35203
                         (205) 322-8880
                         (205) 328-2711 – fax

                         Attorney for Plaintiff

/s/ Albert S. Butler
Albert S. Butler
ALABAMA DEPARTMENT OF
CORRECTIONS, LEGAL DIVISION
P.O. Box 301501
Montgomery, AL 36130
(334) 353-3885
(334) 353-3891 – fax

Attorney for Defendants