IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DeNORRIS WILLIAMS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:07-cv-824-WKW |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| CORRECTIONS, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## ORDER

Section 5 of the court's Uniform Scheduling Order entered on September 2, 2008, (Doc. # 21) contains a typographical error. The purpose of this Order is to correct that error.

Accordingly, it is ORDERED that the Section 5 of the Uniform Scheduling Order (Doc. # 21) is AMENDED as follows:

> Motions for class certification shall be filed **on or before December 1, 2008.** A brief addressing the factors enumerated in Rule 23(a), (b) and (g) of the Federal Rules of Civil Procedure shall be filed with any such motion.

The Uniform Scheduling Order otherwise shall remain in full force and effect.

Done this 3rd day of September, 2008.

                                                      /s/ W. Keith Watkins
                                           UNITED STATES DISTRICT JUDGE