IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| DeNORRIS WILLIAMS etc., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NUMBER |
| ) | 2:07-cv-00824-WKW-WC |
| ALABAMA DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants ) | |

## NOTICE OF SERVICE OF DISCOVERY

Please take notice that the undersigned has, this date, served on counsel for all parties the following:

(X)   Plaintiff's Interrogatories to Defendant, Alabama Department of Corrections.

(X)   Plaintiff's Request for Production of Documents to Defendant, Alabama Department of Corrections.

/s/ C. Carter Clay
C. Carter Clay
ASB-2907-Y85C
Attorney for Plaintiff

OF COUNSEL:

PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North, Suite 1100
Birmingham, AL 35203
(205) 322-8880
(205) 328-2711 – fax

## **CERTIFICATE OF SERVICE**

    This is to certify that I have this 4th day of September, 2008, filed a copy of the above and foregoing electronically with the Clerk of Court via CM/ECF system which will send notification of such filing to the following:

Albert S. Butler, Esquire
Alabama Department of Corrections
Legal Division
301 South Ripley Street
P.O. Box 301501
Montgomery, AL 36130-1501

                                          /s/ C. Carter Clay
                                          OF COUNSEL